UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



### INDICTMENT FOR INTENTIONALLY DAMAGING PROTECTED COMPUTERS AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15-92-BAJ-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1030(a)(5)(A) |
| | : | 18 U.S.C. § 1030(i)(1)(A) |
| BRIAN P. JOHNSON | : | |

### THE GRAND JURY CHARGES:

On or about February 14, 2014, through on or about February 27, 2014, within the Middle District of Louisiana, **BRIAN P. JOHNSON**, defendant herein, knowingly caused the transmission of programs, information, code, and commands, and, as a result of such conduct, intentionally caused damage, without authorization, to protected computers, and such conduct caused loss to Georgia-Pacific LLC, Georgia-Pacific Consumer Operations LLC, and Georgia-Pacific Consumer Products LP during the one-year period from February 14, 2014, to February 13, 2015, aggregating more than $5000 in value.

The above is a violation of Title 18, United States Code, Section 1030(a)(5)(A).

### NOTICE OF FORFEITURE.

Upon conviction of the offense alleged in this Indictment, defendant **BRIAN P. JOHNSON** shall forfeit to the United States, pursuant to 18 U.S.C. § 1030(i)(1)(A), any personal property that was used or intended to be used to commit or to facilitate the



commission of such offense, including, but not limited to, the following property seized from defendant's home on or about February 28, 2014:

a. Seagate Barracuda 250GB hard drive bearing serial number 5VMQSATQ;

b. Silver CoolerMaster CPU with no serial number; and

c. Cisco Linksys E4200 router with attached voice gateway and 200M USB modem.

UNITED STATES OF AMERICA, BY

*(signed)* for
J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*(signed)*
M. PATRICIA JONES
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

*(signed)* Symil LeDoux
GRAND JURY FOREPERSON

6/25/2015
DATE

2

# Criminal Cover Sheet                               U.S. District Court

**Place of Offense:**                                **Matter to be sealed:**  ☐ No  ☒ Yes

City  Baton Rouge                                    **Related Case Information:**

County/Parish  East Baton Rouge                      Superseding Indictment _____  Docket Number _____
                                                     Same Defendant _____          New Defendant  ✓
                                                     Magistrate Case Number _____
                                                     Search Warrant Case No. _____
                                                     R 20/ R 40 from District of _____
                                                     **Any Other Related Cases:** _____

**Defendant Information:**
Defendant Name: Brian P. Johnson
Alias:
Address:
Birthdate:                    SS #:              Sex:         Race:            Nationality:

**U.S. Attorney Information:**

AUSA: M. Patricia Jones                                                       Bar #: 18543

**Interpreter:** ☒ No  ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date  _____
_____   Already in Federal Custody as of
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  _____1_____

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 USC § 1030(a)(5)(A) | Intentionally Damaging Protected Computers | 1 | Felony |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 6-25-15        Signature of AUSA: _M. Patricia Jones_

**District Court Case Number (To be filled in by deputy clerk):** _____